UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-mj-6320-PAB

UNITED STATES OF AMERICA,
                                  Plaintiff

v.

Makail Malik Knight-Lewis and De'Andre Maurice Grier, Dennard Oshea Dobard
                       Defendant
_____/

## O R D E R

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be unsealed as to **Makail Malik Knight-Lewis ,De'Andre Maurice Grier, and Dennard Oshea Dobard** , it is hereby ORDERED AND ADJUDGED that the SEALED COMPLAINT be unsealed as to these parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 29th day of May 2025.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel