# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Fort Lauderdale Courtroom 310                Date: 5/29/2025    Time: 11:00AM

Defendant: De'Andre Maurice Grier (WRIT)    J#: 85272-511    Case #: 0:25-mj-06320-PAB-2
AUSA: Joseph A. Cooley                      Attorney: Jonathan S. Friedman (CJA)
Violation: 21:U.S.C.§846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
Proceeding: Initial Appearance              CJA Appt: Jonathan S. Friedman (5/29/2025)
Bond/PTD Held: ○ Yes  ○ No    Recommended Bond: Pretrial Detention
Bond Set at: _____    Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: English

**Disposition:**

Defendant Present. Government oral motion to unseal the case- Granted-. See order Provided. Defendant advised of his rights and charges. Defendant was sworn and testified as to appointing counsel. Due to a conflict with the Public Defender's Office, Court appoints CJA Jonathan S. Friedman. CJA Jonathan S. Friedman accepted appointment via telephone in open court. Defendant oral motion to appoint counsel (CJA)- Granted. Government oral motion for Pretrial Detention Hearing-Granted-. Defense oral motion to continue Pretrial Detention Hearing-Granted-. Brady Order Entered Today.

NEXT COURT APPEARANCE    Date:     Time:     Judge:     Place:
Report RE Counsel: _____
PTD/Bond Hearing: 6/3/2025 @10:30AM FTL Duty
Prelim/Arraign or Removal: 6/12/2025 at 11:00AM FTL Duty Court
Status Conference RE: _____
D.A.R. 11:04:44                         Time in Court: 10 Minutes

CHECK IF APPLICABLE: ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, I8 USC 3161 et seq..